**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alexander KOSTYUKOV, AKA Klbs,**
**AKA Temp, Defendant-**
**Appellant.**

**No. 15-10597**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted September 15, 2017 San Francisco, California

Filed September 25, 2017

Nancy M. Olson, Assistant U.S. Attorney, USLV—Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S. Attorney, USRE—Office of the US Attorney-Reno, Reno, NV, for Plaintiff-Appellee

Mario D. Valencia, Esquire, Attorney, Mario D. Valencia, Attorney At Law, Henderson, NV, for Defendant-Appellant

Before: SCHROEDER and FRIEDLAND, Circuit Judges, and WHALEY,[*] District Judge.

## MEMORANDUM [**]

Kostyukov challenges four enhancements applied at his sentencing hearing for the first time on appeal. When a party fails to raise an objection at trial "yet asserts error on appeal," we review for plain error. *United States v. Santiago*, 466 F.3d 801, 803 (9th Cir. 2006). Plain error is "(1) error, (2) that is plain, and (3) that affects substantial rights." *United States v. Cotton*, 535 U.S. 625, 631, 122 S.Ct. 1781, 152 L.Ed.2d 860 (2002) (quoting *Johnson v. United States*, 520 U.S. 461, 466–67, 117 S.Ct. 1544, 137 L.Ed.2d 718 (1997)). That standard is not met here.

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.